# Court of Appeals
# of the State of Georgia

ATLANTA,___May 04, 2012____

*The Court of Appeals hereby passes the following order:*

**A12A1547.  KENNETH BARNGROVER v. CITY OF COLUMBUS.**

Kenneth Barngrover brought an action for nuisance, trespass, and inverse condemnation against the City of Columbus.  The trial court entered a judgment for Barngrover that included both damages and injunctive relief, and we affirmed the judgment on appeal.  *City of Columbus v. Barngrover*, 250 Ga. App. 589 (552 SE2d 536) (2001).  Thereafter, the trial court appointed a special master to oversee the City's abatement of the nuisance.  The special master issued a report recommending that the parties be required to take certain steps, and the trial court accepted the recommendations and made them the order of the court.  Barngrover appealed that order to this Court.

The City has moved to transfer the appeal to the Supreme Court on the ground that this case falls within that Court's equity jurisdiction.  The Georgia Constitution grants the Supreme Court general appellate jurisdiction over "all equity cases."  Ga. Const. of 1983, Art. IV, Sec. VI, Par. III (2).  "'Equity cases' are those in which a substantive issue on appeal involves the legality or propriety of equitable relief sought in the superior court – whether that relief was granted or denied."  *Beauchamp v. Knight*, 261 Ga. 608, 609 (2) (409 SE2d 208) (1991).  The issues on appeal appear to center on the legality and propriety of the injunctive relief ordered by the trial court.  Moreover, it is well-settled that the ultimate responsibility for determining appellate jurisdiction is vested in the Supreme Court.  See *Saxton v. Coastal Dialysis & Medical Clinic, Inc.*, 267 Ga. 177, 178 (476 SE2d 587) (1996).

Accordingly, the City's motion to transfer is GRANTED, and this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 05/04/2012

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*